IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKIE DOUGLAS,

      Plaintiff,                      No. CIV S-09-0812 KJM P

  vs.

C.C.W.F., et al.,                    ORDER

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding pro se and consented to magistrate judge jurisdiction. By order filed September 15, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 15, 2010.

                                                  U.S. MAGISTRATE JUDGE

2
doug0812.fta

1